Engelmayer, P.

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____               │
│ DATE FILED:___4-26-17___             │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRINIDAD MARGARITO and GUADAULPE
MARGARITO,

          Plaintiffs,

    - against -

885 10TH AVENUE LLC, PINNACLE MANAGING CO
LLC, RICH INTERNATIONAL INC., EDWARD
PARK, ABIDIN RADONCIC,

          Defendants.

Case No. 17-CV-00381 (PAE)

**NOTICE OF DISMISSAL**

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. Pro. 41(a), Plaintiffs

Trinidad Margarito and Guadalupe Margarito voluntarily dismiss the above-captioned action

with prejudice.

Dated: New York, New York
      April 24, 2017

                    DEALY SILBERSTEIN & BRAVERMAN, LLP

                    By:_____
                       Milo Silberstein
                       225 Broadway, Suite 1405
                       New York, New York 10007
                       (212) 385-0066
                       *Attorneys for Plaintiffs Trinidad*
                       *Margarito and Guadalupe Margarito*

4/26/17

**SO ORDERED:**

Paul A. Engelmayer
_____
**U.S.D.J.**

JS